UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEWITT DARRAN JOHNSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>W. L. MONTGOMERY, Warden,<br><br>　　　　Respondent. | Case No. 2:20-cv-03058-JWH (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records and files herein, including the Petition (Dkt. 1), Petitioner's Notice of Dismissal of Grounds Three and Five in the Petition (Dkt. 13), Respondent's Answer to the Petition (Dkt. 19) and supporting records, Petitioner's Traverse (Dkt. 21), the Report and Recommendation of the United States Magistrate Judge (Dkt. 24), and the objections to the Report and Recommendation filed by Petitioner (Dkt. 27 & 29). The Court notes that in his Objections, received by the Court on February 4, 2021, Petitioner asserted that he then "lack[ed] adequate and meaningful access to the law library." Dkt. 27 at 1. In response, the assigned magistrate judge issued an order on February 8, 2021, *sue sponte* providing Petitioner an additional 30 days, to March 12, 2021, of supplement the existing objections if he so desired. See Dkt. 28. Petitioner did not file further supplemental objections by March 12, 2021 or seek additional time within which to do so.

Having engaged in a *de novo* review of those portions of the R&R to which objections have been made, the Court concurs with and accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. Petitioner's request for an evidentiary hearing is denied; and
2. Judgment be entered denying the Petition and dismissing this action with prejudice.

**IT IS SO ORDERED.**

Dated: July 15, 2021

JOHN W. HOLCOMB
United States District Judge