JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DEWITT DARRAN JOHNSON, | Case No. 2:20-cv-03058-JWH (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| W. L. MONTGOMERY, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the operative Petition is denied and this action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 15, 2021



JOHN W. HOLCOMB
United States District Judge